UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-087-WFN |
| Plaintiff, | |
| v. | ORDER DENYING DEFENDANT'S MOTION FOR BAIL RECONSIDERATION |
| FREDERICK MANFRED SIMON, | |
| Defendant. | **---- DIRECTIVE TO ----**<br>**U.S. MARSHAL** |

At the December 11, 2007, hearing on Defendant's Motion for Bail Reconsideration, Assistant Federal Defender Kimberly A. Deater appeared with Defendant; Assistant U.S. Attorney Thomas J. Hopkins represented the United States.

The court, having considered the proffers of Defendant and Plaintiff, finds there is no combination of conditions that can be set to reasonably ensure Defendant is not a risk of non-appearance. The court notes that sentencing in another matter, *United States v. Simon*, Cause No. CR-07-131-WFN, is set for February 2008.

The Defendant's Motion **(Ct. Rec. 34)** is **DENIED**.

**The U.S. Marshal is directed to house Defendant in Spokane for at least thirty days to assist in preparation for trial in this matter.**

**IT IS SO ORDERED**.

DATED December 12, 2007.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR BAIL RECONSIDERATION - 1