UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FREDERICK MANFRED SIMON,<br><br>  Defendant. | No. CR-07-087-WFN-1<br><br>ORDER DENYING MOTION TO EXPEDITE AND DENYING MOTION TO RECONSIDER BAIL PENDING SENTENCING |

At the December 30, 2008, hearing on Defendant's Motion to Reconsider Bail Pending Sentencing, Defendant was present with counsel Joshua Rosen. Assistant U.S. Attorney Tom Hopkins represented the United States. Mrs. Simon was present and addressed the court.

The court finds Defendant has a pending warrant. As this matter is post-conviction, Defendant bears the burden of persuasion and has not met the burden.

**IT IS ORDERED**:

1. The Motion to Expedite **(Ct. Rec. 198)** is **DENIED.**

2. Defendant's Motion to Reconsider **(Ct. Rec. 196)** is **DENIED.**

DATED December 30, 2008.

        S/ CYNTHIA IMBROGNO
     UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION TO EXPEDITE AND DENYING
MOTION TO RECONSIDER BAIL PENDING SENTENCING - 1