ED/WA 44
(3/2012)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**MATTHEW L. THOMPSON**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

April 5, 2019

REPLY TO  Yakima

The Honorable Wm. Fremming Nielsen
Senior U.S. District Judge
Thomas S. Foley U.S. Courthouse
PO Box 1493
Spokane, Washington, 99210

**RECEIVED**
**U.S. DISTRICT COURT**
**APR 05 2019**
**WM. FREMMING NIELSEN**
**SENIOR DISTRICT JUDGE**

 RE: **Frederick Manfred Simon**
 Docket No.: 0980 2:07CR00131-WFN-1
     0980 2:07CR00087-WFN-1
 <u>Notice of Expiration om Term of Supervised Release</u>

Your Honor:

The above-named offender was sentenced in your Court on March 6, 2009, on case number 2:07CR00131-WFN-1, and 2:07CR00087-WFN-1, to 60 months imprisonment followed by 36 months supervised release to run concurrent on both cases.

This notice is to inform the Court that Frederick Manfred Simon completed his term of supervised release on April 6, 2019, and the offender has been discharged from federal supervision.

Respectfully submitted,

By: s/Linda J. Leavitt          4/5/2019
    Linda J. Leavitt            Date
    U.S. Probation Officer

LJL:bvs

c:    AUSA/Def. Attny.