1
2
3
4
5

William D. Hyslop
United States Attorney
Brian M. Donovan
Assistant United States Attorney
Post Office Box 1494
Spokane, Washington  99210-1494
Telephone:  (509) 353-2767
Counsel for the United States

6
7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

8
9
10
11
12
13
14
15

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FREDERICK SIMON,<br><br>　　　　　Defendant,<br><br>and<br><br>WASHINGTON EASTERN RAILROAD<br>LLC<br><br>　　　　　Garnishee. | No. 2:07-CR-00087-001-WFN<br><br>UNITED STATES' NOTICE OF<br>TERMINATION OF WRIT OF<br>CONTINUING GARNISHMENT |

16
17
18
19
20

　　　Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Brian M. Donovan, Assistant United States Attorney, hereby gives notice to all parties of the termination of garnishment in accordance with 28 U.S.C. § 3205(c)(10)(C).

21

　　　DATED December 16, 2019.

22
23
24

William D. Hyslop
United States Attorney

_s/ Brian M. Donovan_
Brian M. Donovan
Assistant United States Attorney

25
26
27
28

TERMINATION OF VOLUNTARY GARNISHMENT - 1

## CERTIFICATE OF SERVICE

     I hereby certify that on December 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following CM/ECF participant(s):  N/A,

     and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

FREDERICK SIMON
103 E. Sprague Avenue, Apt. 207
Spokane, WA 99202

WASHINGTON EASTERN RAILROAD LLC
P.O. Box 1544
Ogden, UT  94402

s/ *Brian M. Donovan*
Brian M. Donovan
Assistant United States Attorney

TERMINATION OF VOLUNTARY GARNISHMENT - 2